IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON CHRISTOPHER DESEMPLE, )
)
               Plaintiff, )
) Civil No. 05-107-AS
v. )
) ORDER
MAX WILLIAMS, Department of )
Corrections; STEVE SHELTON, )
Department of Corrections; STEVE )
LICKAR, Department of Corrections; )
GRANT CLARK, Department of )
Corrections; MIKE GOWER, Department )
of Corrections, )
)
               Defendants. )
_____ )

Jason DeSemple
8152550
9111 N. E. Sunderland
Portland, Oregon 97211

Pro Se Plaintiff

Lynne D. Rennick
Rennick Law Office
433 West 10th Avenue, Suite 102
Eugene, Oregon 97405

   Attorney for Defendant

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on August 10, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation #15.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#11) is granted. This action is dismissed without prejudice.

   DATED this 30 day of August, 2005.

                              /s/ Garr M. King
                              ──────────────────────────
                              GARR M. KING
                              United States District Judge

Page 2 - ORDER